# EXHIBIT A



NATIONAL HEADQUARTERS 800-227-0198
312-781-9125   799 ROOSEVELT RD., BUILDING 6, SUITE 208, GLEN ELLYN, IL 60137                WWW.VOCECON.COM

October 7, 2022

Ms. Jennifer Ashley
Attorney at Law
Salvi, Schostok & Pritchard, P.C.
161 North Clark Street
Suite 4700
Chicago, IL 60601

RE: Deanna Murphy

Dear Ms. Ashley:

The attached Medical Care Cost Summary reveals that the monies needed by Deanna Murphy for future health and medical care are stated in a range of $2,095,586 to $2,230,595 using a Spinal Cord Stimulator without lead replacement and in a range of $2,215,541 to $2,350,550 using a Spinal Cord Stimulator with lead replacement. The figures are stated in terms of present value, based upon the range of treatment options and treatment costs of the underlying life care plan prepared by Gary M. Yarkony, MD on March 31, 2021, his Life Care Plan Addendum prepared on October 27, 2021, his March 2, 2022 deposition testimony and his Life Care Plan Addendum prepared on September 27, 2022. These figures consider appropriate rates of interest and medical care increases in the areas of commodities and services.

The present value of Deanna Murphy's future health and medical care costs broken out by Dr. Yarkony's categories is shown in Figure 1.

**Figure 1 - Present Value of Medical Costs by Cost Category**

| Cost Category | Present Value of Medical Costs | |
|---|---|---|
| | SCS without lead replacement | SCS with lead replacement |
| Medications | $880,836 | |
| Therapy | $40,250 | |
| Trigger Point Injections | $36,518 to $73,035 | |
| Botox Injections | $351,966 | |
| Additional Medical Care | $46,499 to $61,999 | |
| Assistance at Home | $304,304 to $387,296 | |
| Spinal Cord Stimulator | $435,213 | $555,168 |
| **Total Cost** | **$2,095,586 to $2,230,595** | **$2,215,541 to $2,350,550** |

Table 1 examines the interrelationship over time between the rate of medical cost changes and the rate of interest. An inspection of the table reveals fluctuation over time. However, the real rates remain relatively constant. Our present value calculation based on historical 60-year average assumes that similar trends will persist in the future.

Please advise if further information is desired.

Sincerely,
VOCATIONAL ECONOMICS, INC.

For the Firm

David S. Gibson, MBA, MRC

/mg

## Table 1

| Source | Indices | Nominal or Real* | 1961-2021 | 1971-2021 | 1981-2021 | 1991-2021 | 2001-2021 | 2011-2021 |
|---|---|---|---|---|---|---|---|---|
| 1a | All Items | Nom | 3.7% | 3.9% | 2.8% | 2.3% | 2.1% | 1.9% |
|  |  | Real | - | - | - | - | - | - |
| 1b | Medical Services | Nom | 5.7% | 5.8% | 5.0% | 4.0% | 3.7% | 3.1% |
|  |  | Real | 1.9% | 1.8% | 2.1% | 1.7% | 1.6% | 1.2% |
| 1c | Hospital & Related | Nom | 7.4% | 7.4% | 6.4% | 5.4% | 5.3% | 4.0% |
|  |  | Real | 3.6% | 3.4% | 3.5% | 3.0% | 3.1% | 2.1% |
| 1d | Commodities | Nom | 3.6% | 4.2% | 3.8% | 2.6% | 2.1% | 1.5% |
|  |  | Real | -0.1% | 0.3% | 1.0% | 0.3% | 0.0% | -0.4% |
| 1e | Professional Svcs. | Nom | 4.8% | 4.8% | 3.9% | 3.0% | 2.5% | 1.8% |
|  |  | Real | 1.1% | 0.9% | 1.1% | 0.7% | 0.4% | -0.1% |
| 2 | Compensation | Nom | 5.0% | 4.8% | 3.9% | 3.5% | 3.2% | 3.4% |
|  |  | Real | 1.3% | 0.9% | 1.1% | 1.2% | 1.1% | 1.5% |
| 3 | Interest | Nom | 4.5% | 4.5% | 3.7% | 2.3% | 1.2% | 0.6% |
|  |  | Real | 0.8% | 0.6% | 0.9% | 0.0% | -0.9% | -1.3% |

1      U.S. Bureau of Labor Statistics. 2021. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average. Accessed February 2022. http://data.bls.gov/cgi-bin/srgate.

     1a      Use Series CUUR0000SA0.

     1b      Use Series CUUR0000SAM2.

     1c      Use Series CUUR0000SEMD. The Hospital Services index was first published in 1978. Prior years are imputed by the long-term relationship between Hospital Services and Medical Services.

     1d      Use Series CUUR0000SAM1.

     1e      Use Series CUUR0000SEMC. The Professional Services index was first published in 1967. Prior years are imputed by the long-term relationship between Professional Services and Physician Services.

2      U. S. Bureau of Labor Statistics. 2021. Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation. Accessed February 2022. http://data.bls.gov/cgi-bin/srgate (use Series ID #: PRS84006103).

3      Federal Reserve Bank. 2021. 3-Month Treasury Bill Secondary Market Rate Discount Basis. Accessed February 2022. https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15.

*      Nominal rates represent the geometric mean of the change in indices from the beginning to the end of the respective periods. Real rates remove the general rate of inflation (All Items) from the nominal values.

2/10/22

## Life Care Plan for: Deanna Murphy

### Attorney: Jennifer Ashley
### Planner: Gary Yarkony

| Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|------|-------|----------|------|-----------|-------------|--------------|---------------|

| | | |
|---|---|---|
| Present Age: | | 58 |
| Life Expectancy: | | 26.6* |
| Age of Death: | | 84.6 |

**Rates Used (Real)**

| Type | Abbr | Grow. | Disc. | Net. |
|------|------|-------|-------|------|
| General Inflation | CPI | 0.0% | 0.8% | 0.80% Disc |
| Medical Services | MS | 1.9% | 0.8% | 1.09% Grow |
| Hospital Services | HS | 3.6% | 0.8% | 2.78% Grow |
| Medical Commodities | MC | -0.1% | 0.8% | 0.90% Disc |
| Professional Services | PRSV | 0.8% | 0.8% | 0.00% Disc |
| Compensation | CMP | 0.8% | 0.8% | 0.00% Disc |

**Analyses Included**

1 SCS - Procedure without lead replacement
2 SCS - Procedure with lead replacement

* Arias, Elizabeth and Jiaquan Xu. National Vital Statistics Reports, vol. 70 no. 19, United States Life Tables, 2019. National Center for Health Statistics, U.S. Center for Disease Control and Prevention, Hyattsville, MD, 2022. https://www.cdc.gov/nchs/data/nvsr/nvsr70/nvsr70-19.pdf (accessed April 2022).

## Life Care Plan for:  Deanna Murphy
### Attorney:  Jennifer Ashley
### Planner:  Gary Yarkony

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| **Medications** | | | | | | | | |
| Vyepti infusions | MC | All | Now to Life Expectancy | 26.6 | Annually | $25,660.00 | $682,556 | $604,597 |
| Ubrelvy 50 mg | MC | All | Now to Life Expectancy | 26.6 | Monthly | $11,100.00 | $295,260 | $261,537 |
| Cyclobenzaprine 10mg | MC | All | Now to Life Expectancy | 26.6 | Monthly | $360.00 | $9,576 | $8,482 |
| Duloxetine 20mg | MC | All | Now to Life Expectancy | 26.6 | Monthly | $120.00 | $3,192 | $2,827 |
| Ibuprofen 600mg | MC | All | Now to Life Expectancy | 26.6 | Monthly | $144.00 | $3,830 | $3,393 |

**Medications Totals**

**Analysis:   All Analyses**

| | | |
|---|---|---|
| Medical Commodities (0.90% Disc) | $994,414 | $880,836 |

## Life Care Plan for: Deanna Murphy
## Attorney: Jennifer Ashley
## Planner: Gary Yarkony

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| **Therapy** | | | | | | | | |
| Vision | PRSV | All | Now to Life Expectancy | 26.6 | 50 Total Times During Span | $216.17 | $5,750 | $5,750 |
| Vestibular | PRSV | All | Now to Life Expectancy | 26.6 | 50 Total Times During Span | $535.71 | $14,250 | $14,250 |
| Physical Therapy | PRSV | All | Now to Life Expectancy | 26.6 | 50 Total Times During Span | $761.28 | $20,250 | $20,250 |
| ***Therapy Totals*** | | | | | | | | |
| | | | **Analysis: All Analyses** | | | | | |
| | | | | | Professional Services (0.00% Disc) | | $40,250 | $40,250 |

## Life Care Plan for: Deanna Murphy

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| ***Trigger Point Injections*** | | | | | | | | |
| Injection | MS | All | Now to Life Expectancy | 26.6 | Annually | $1,178.00 to $2,356.00 | $31,335 to $62,670 | $36,518 to $73,035 |

## Life Care Plan for: Deanna Murphy

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| **Botox Injections** | | | | | | | | |
| Injection | MS | All | Now to Life Expectancy | 26.6 | Annually | $4,492.00 | $119,487 | $139,250 |
| Botox 150 units | MC | All | Now to Life Expectancy | 26.6 | Annually | $9,028.00 | $240,145 | $212,716 |

**Botox Injections Totals**

**Analysis: All Analyses**

| | | |
|---|---|---|
| Medical Commodities (0.90% Disc) | $240,145 | $212,716 |
| Medical Services (1.09% Grow) | $119,487 | $139,250 |
| | **$359,632** | **$351,966** |

## Life Care Plan for: Deanna Murphy

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| ***Additional Medical Care*** | | | | | | | | |
| Neuro, Pain Mgmt, Labs and Imaging | MS | All | Now to Life Expectancy | 26.6 | Annually | $1,500.00 to $2,000.00 | $39,900 to $53,200 | $46,499 to $61,999 |

## Life Care Plan for: Deanna Murphy

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| ***Assistance at Home*** | | | | | | | | |
| Caregiver | CMP | All | Now to Life Expectancy | 26.6 | Weekly | $11,440.00 to $14,560.00 | $304,304 to $387,296 | $304,304 to $387,296 |

## Life Care Plan for: Deanna Murphy

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| ***SCS - w/out lead replacement*** | | | | | | | | |
| Facility Insert Generator | MS | 1 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $6,766.92 | $180,000 | $209,772 |
| Generator | MC | 1 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $6,766.92 | $180,000 | $159,441 |
| Surgeon/Anesthesia | PRSV | 1 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $2,481.20 | $66,000 | $66,000 |

***SCS - w/out lead replacement Totals***

**Analysis:   SCS - Procedure without lead replacement**

| | Current Cost | Present Value |
|---|---|---|
| Medical Commodities (0.90% Disc) | $180,000 | $159,441 |
| Medical Services (1.09% Grow) | $180,000 | $209,772 |
| Professional Services (0.00% Disc) | $66,000 | $66,000 |
| | **$426,000** | **$435,213** |

*Deanna Murphy, October 07,2022*                                                                                                        *Page 11 of 13*

## Life Care Plan for: Deanna Murphy

Attorney: Jennifer Ashley

Planner: Gary Yarkony

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| **SCS - with lead replacement** | | | | | | | | |
| Facility Insert Generator | MS | 2 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $6,766.92 | $180,000 | $209,772 |
| Generator | MC | 2 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $6,766.92 | $180,000 | $159,441 |
| Insert Leads | MS | 2 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $3,655.26 | $97,230 | $113,312 |
| Leads | MC | 2 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $281.95 | $7,500 | $6,643 |
| Surgeon/Anesthesia | PRSV | 2 | Now to Life Expectancy | 26.6 | 3 Total Times During Span | $2,481.20 | $66,000 | $66,000 |

**SCS - with lead replacement Totals**

Analysis: SCS - Procedure with lead replacement

| | | |
|---|---|---|
| Medical Commodities (0.90% Disc) | $187,500 | $166,084 |
| Medical Services (1.09% Grow) | $277,230 | $323,084 |
| Professional Services (0.00% Disc) | $66,000 | $66,000 |
| | **$530,730** | **$555,168** |

# Life Care Plan for: Deanna Murphy

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| Rate Anals | Duration | Yrs. Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|

### Analysis Totals

**Analysis: SCS - Procedure without lead replacement**

| | | | | |
|---|---|---|---|---|
| | Compensation (0.00% Disc) | $304,304 to $387,296 | $304,304 to $387,296 |
| | Medical Commodities (0.90% Disc) | $1,414,559 | $1,252,993 |
| | Medical Services (1.09% Grow) | $370,722 to $415,357 | $432,039 to $484,056 |
| | Professional Services (0.00% Disc) | $106,250 | $106,250 |
| | **Grand Total** | **$2,195,835 to $2,323,462** | **$2,095,586 to $2,230,595** |

**Analysis: SCS - Procedure with lead replacement**

| | | | | |
|---|---|---|---|---|
| | Compensation (0.00% Disc) | $304,304 to $387,296 | $304,304 to $387,296 |
| | Medical Commodities (0.90% Disc) | $1,422,059 | $1,259,636 |
| | Medical Services (1.09% Grow) | $467,952 to $512,587 | $545,351 to $597,368 |
| | Professional Services (0.00% Disc) | $106,250 | $106,250 |
| | **Grand Total** | **$2,300,565 to $2,428,192** | **$2,215,541 to $2,350,550** |