# EXHIBIT B



312-781-9125   799 ROOSEVELT RD., BUILDING 6, SUITE 208, GLEN ELLYN, IL 60137

NATIONAL HEADQUARTERS 800-227-0198

WWW.VOCECON.COM

March 24, 2022

Ms. Jennifer Ashley
Attorney at Law
Salvi, Schostok & Pritchard, P.C.
161 North Clark Street
Suite 4700
Chicago, IL 60601

RE: Rula Mansour

Dear Ms. Ashley:

The attached Medical Care Cost Summary reveals that the monies needed by Rula Mansour for future health and medical care are stated in a range of $440,810 to $468,212. The figures are stated in terms of present value, based upon the range of treatment options and treatment costs of the underlying life care plan prepared by Gary M. Yarkony, MD on February 3, 2021 and his November 18, 2021 Life Care Plan Addendum. These figures consider appropriate rates of interest and medical care increases in the areas of commodities and services.

The present value of Rula Mansour's future health and medical care costs broken out by Dr. Yarkony's categories is shown in Figure 1.

**Figure 1 - Present Value of Medical Costs by Cost Category**

| Cost Category | Present Value of Medical Costs |
|---|---|
| Medications | $308,102 |
| Additional Medical Care[1] | $97,608 to $122,010 |
| Physical Therapy | $35,100 to $38,100 |
| **Total Cost** | **$440,810 to $468,212** |

Table 1 examines the interrelationship over time between the rate of medical cost changes and the rate of interest. An inspection of the table reveals fluctuation over time. However, the real rates remain relatively constant. Our present value calculation based on historical 60-year average assumes that similar trends will persist in the future.

---

[1] Dr. Yarkony opines that Ms. Mansour is at risk for substantial additional costs for injections by pain management and neurological testing. Examples of possible future procedures include the following: MRI Brain $3,050, MRI C-spine $2,144, MRI L-spine $2,150, Cervical Facet Injection $11,123 and Cervical Epidural Injection $6,706.

Please advise if further information is desired.

Sincerely,
VOCATIONAL ECONOMICS, INC.

For the Firm

David S. Gibson, MBA, MRC

/mg

Table 1

| Source | Indices | Nominal or Real* | 1961-2021 | 1971-2021 | 1981-2021 | 1991-2021 | 2001-2021 | 2011-2021 |
|---|---|---|---|---|---|---|---|---|
| 1a | All Items | Nom | 3.7% | 3.9% | 2.8% | 2.3% | 2.1% | 1.9% |
|  |  | Real | - | - | - | - | - | - |
| 1b | Medical Services | Nom | 5.7% | 5.8% | 5.0% | 4.0% | 3.7% | 3.1% |
|  |  | Real | 1.9% | 1.8% | 2.1% | 1.7% | 1.6% | 1.2% |
| 1c | Hospital & Related | Nom | 7.4% | 7.4% | 6.4% | 5.4% | 5.3% | 4.0% |
|  |  | Real | 3.6% | 3.4% | 3.5% | 3.0% | 3.1% | 2.1% |
| 1d | Commodities | Nom | 3.6% | 4.2% | 3.8% | 2.6% | 2.1% | 1.5% |
|  |  | Real | -0.1% | 0.3% | 1.0% | 0.3% | 0.0% | -0.4% |
| 1e | Professional Svcs. | Nom | 4.8% | 4.8% | 3.9% | 3.0% | 2.5% | 1.8% |
|  |  | Real | 1.1% | 0.9% | 1.1% | 0.7% | 0.4% | -0.1% |
| 2 | Compensation | Nom | 5.0% | 4.8% | 3.9% | 3.5% | 3.2% | 3.4% |
|  |  | Real | 1.3% | 0.9% | 1.1% | 1.2% | 1.1% | 1.5% |
| 3 | Interest | Nom | 4.5% | 4.5% | 3.7% | 2.3% | 1.2% | 0.6% |
|  |  | Real | 0.8% | 0.6% | 0.9% | 0.0% | -0.9% | -1.3% |

1     U.S. Bureau of Labor Statistics. 2021. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average. Accessed February 2022. http://data.bls.gov/cgi-bin/srgate.

    1a     Use Series CUUR0000SA0.

    1b     Use Series CUUR0000SAM2.

    1c     Use Series CUUR0000SEMD. The Hospital Services index was first published in 1978. Prior years are imputed by the long-term relationship between Hospital Services and Medical Services.

    1d     Use Series CUUR0000SAM1.

    1e     Use Series CUUR0000SEMC. The Professional Services index was first published in 1967. Prior years are imputed by the long-term relationship between Professional Services and Physician Services.

2     U. S. Bureau of Labor Statistics. 2021. Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation. Accessed February 2022. http://data.bls.gov/cgi-bin/srgate (use Series ID #: PRS84006103).

3     Federal Reserve Bank. 2021. 3-Month Treasury Bill Secondary Market Rate Discount Basis. Accessed February 2022. https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15.

\*     Nominal rates represent the geometric mean of the change in indices from the beginning to the end of the respective periods. Real rates remove the general rate of inflation (All Items) from the nominal values.

2/10/22

## Life Care Plan for: Rula Mansour

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| Rate Anals | Duration | | Yrs. Frequency | | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Present Age: | 44 |
| Life Expectancy: | 39* |
| Age of Death: | 83.0 |

**Rates Used (Real)**

| Type | Abbr | Grow. | Disc. | Net. |
|---|---|---|---|---|
| General Inflation | CPI | 0.0% | 0.8% | 0.80% Disc |
| Medical Services | MS | 1.9% | 0.8% | 1.09% Grow |
| Hospital Services | HS | 3.6% | 0.8% | 2.78% Grow |
| Medical Commodities | MC | -0.1% | 0.8% | 0.90% Disc |
| Professional Services | PRSV | 0.8% | 0.8% | 0.00% Disc |
| Compensation | CMP | 0.8% | 0.8% | 0.00% Disc |

**Analyses Included**
  1 Base Case

* Arias, Elizabeth and Jiaquan Xu. National Vital Statistics Reports, vol. 69 no. 12, United States Life Tables, 2018. National Center for Health Statistics, U.S. Center for Disease Control and Prevention, Hyattsville, MD, 2020. https://www.cdc.gov/nchs/data/nvsr/nvsr69/nvsr69-12-508.pdf (accessed November 2020).

## Life Care Plan for: Rula Mansour

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| ***Medications*** | | | | | | | | |
| Ajovy 225mg Syringe | MC | All | Now to Life Expectancy | 39 | Monthly | $9,120.00 | $355,680 | $298,842 |
| Gabapentin 300mg | MC | All | Now to Life Expectancy | 39 | Monthly | $197.28 | $7,694 | $6,464 |
| Tylenol #3 (30-30mg) | MC | All | Now to Life Expectancy | 39 | Monthly | $85.32 | $3,327 | $2,796 |
| **Medications Totals** | | | | | | | | |
| | | | **Analysis: All Analyses** | | | | | |
| | | | | | Medical Commodities (0.90% Disc) | | $366,701 | $308,102 |

## Life Care Plan for: Rula Mansour

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| **_Additional Medical Care_** | | | | | | | | |
| Pain Mgmt, Gen Med, Neurosurgery, Neuro | MS | All | Now to Life Expectancy | 39 | Annually | $2,000.00 to $2,500.00 | $78,000 to $97,500 | $97,608 to $122,010 |

## Life Care Plan for: Rula Mansour

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| | Rate | Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|---|---|
| ***Future Physical Therapy*** | | | | | | | | |
| Future Physical Therapy | PRSV | All | Now to Life Expectancy | 39 | 100 Total Times During Span | $900.00 to $976.92 | $35,100 to $38,100 | $35,100 to $38,100 |

## Life Care Plan for: Rula Mansour

**Attorney: Jennifer Ashley**

**Planner: Gary Yarkony**

| Rate Anals | Duration | Yrs. | Frequency | Annual Cost | Current Cost | Present Value |
|---|---|---|---|---|---|---|

*Analysis Totals*

**Analysis: Base Case**

| | Current Cost | Present Value |
|---|---|---|
| Medical Commodities (0.90% Disc) | $366,701 | $308,102 |
| Medical Services (1.09% Grow) | $78,000 to $97,500 | $97,608 to $122,010 |
| Professional Services (0.00% Disc) | $35,100 to $38,100 | $35,100 to $38,100 |
| **Grand Total** | **$479,801 to $502,301** | **$440,810 to $468,212** |