# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Deanna Murphy,

Plaintiff(s),

v.

J.B. Hunt Transport Inc.,

Defendant(s).

Case No. 20 C 1797
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of plaintiff Denna Murphy's against defendant J.B. Hunt Transport, Inc. as in the total amount of $1,000,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date: 8/24/2023                           Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk